No. 82–5934. GARCIA *v.* UNITED STATES. C. A. 5th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until July 5, 1983, within which to pay the docketing fee required by Rule 45(a) and to

submit a petition in compliance with Rule 33 of the Rules of this Court. THE CHIEF JUSTICE, JUSTICE REHNQUIST, and JUSTICE O'CONNOR would award respondent damages pursuant to Rule 49.2.